**SANDERS LAW GROUP**
Jacqueline Mandel, Esq. (Cal Bar 317119)
Craig B. Sanders, Esq. (Cal Bar 284397)
333 Earle Ovington Boulevard | Suite 402
Uniondale, New York 11553
T: (516) 203-7600
Email: jmandel@sanderslaw.group
Email: csanders@sanderslaw.group
File No.: 125940

*Attorneys for Plaintiff*
*Reinhard Dirscherl*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reinhard Dirscherl,<br><br>    Plaintiff,<br><br>  v.<br><br>The Walton Company, Inc.,<br><br>    Defendant. | Case No. 8:23-cv-00252-DOC-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. PRO. 55(b)(2)**<br><br>Judge: Hon. David O. Carter<br>Date: May 22, 2023<br>Time: 8:30 am<br>Location:<br>   Courtroom 10A<br>   411 West Fourth Street<br>   Santa Ana, CA 92701 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT at 8:30 am on May 22, 2023, or as soon thereafter as the matter may be heard, Plaintiff Reinhard Dirscherl ("Plaintiff")

will and hereby does move this Court before the Honorable David O. Carter, of the United States District Court for the Central District of California, Southern Division, in Courtroom 10A, 411 West Fourth Street, Santa Ana, CA 92701, for a default judgment against Defendant The Walton Company, Inc. pursuant to Fed. R. Civ. Pro. 55(b)(2). Said motion will be made upon the grounds set forth in the accompanying Memorandum in Support of Plaintiff's Motion for a default judgment, the Declaration of Jacqueline Mandel dated April 17, 2023, the Declaration of Reinhard Dirscherl dated April 13, 2023, and the complete files and records of this action.

## STATEMENT PURSUANT TO LOCAL RULE 7-3

There has been no conference of counsel pursuant to LR 7-3 prior to making this motion, insofar as Defendant failed to Answer the Complaint or otherwise appear in this action, and the Clerk entered a notation of Default against Defendant. In other words, there is no adverse party recognized by the Court with whom a conference could have been conducted.

DATED: April 17, 2023

**SANDERS LAW GROUP**

By: */s/ Jacqueline Mandel*
Jacqueline Mandel, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jmandel@sanderslaw.group
File No.: 125940

*Attorneys for Plaintiff*
*Reinhard Dirscherl*

# CERTIFICATE OF SERVICE

Case Name: Reinhard Dirscherl v. The Walton Company, Inc.
Case No.: 8:23-cv-00252-DOC-ADS

**IT IS HEREBY CERTIFIED THAT:**

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States, and am over 18 years of age. My business address is 333 Earle Ovington Boulevard, Suite 402, Uniondale, New York 11553. I am not a party to this action. I have caused service of the following documents, described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR DEFAULT JUDGMENT**

on the following parties by USPS mail on April 17, 2023 at:

The Walton Company, Inc.
17900 Sampson Lane
Huntington Beach, California 92647

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 17, 2023

/s *Jacqueline Mandel*
Jacqueline Mandel, Esq. (317119)