JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reinhard Dirscherl,<br><br>                Plaintiff,<br><br>  v.<br><br>The Walton Company, Inc.,<br><br>                Defendant. | Case No. 8:23-cv-00252-DOC-ADS<br><br>**DEFAULT JUDGMENT** |

      On Monday, May 22, 2023, at 8:30 AM PST, Plaintiff Reinhard Dirscherl ("Plaintiff") moved this honorable Court for a default judgment against Defendant The Walton Company, Inc. ("*Defendant*")

      Based on the pleadings, files, and records herein,

      **IT IS HEREBY ORDERED** that judgment shall be entered on Plaintiff's Complaint against Defendant in the total amount of $35,544.00. This calculation includes:

- Statutory damages in the amount of $32,500.00 for Plaintiff's claim of infringement pursuant to the Copyright Act, with respect to the

Photographs identified in the Complaint;

- Filing Fees: $402;
- Service of Process: $92; and
- Attorneys' Fees: $2,550.00.

**IT IS HEREBY FURTHER ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store and display Plaintiff's Photographs as are set forth in the Complaint.

IT IS SO ORDERED.

Dated: April 19, 2023

*David O. Carter*
HON. DAVID O. CARTER
United States District Judge